Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Nicholas A. Ritrovato | ) | Case No. _____ |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | Jury Trial: *(check one)* ☐ Yes ☑ No |
| -v- | ) | |
| Eastern Bank and John Aloise under an assumed identity of Michael J. Ritrovato a.k.a. Gordon DiMarzo | ) | |
| *Defendant(s)* | ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | |

*(stamp: U.S. DISTRICT COURT DISTRICT OF MASS. 2023 MAY -3 PM 2:56 FILED IN CLERKS OFFICE)*

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Nicholas A. Ritrovato, III |
| Street Address | 9 Wesley Park |
| City and County | Somerville, Middlesex |
| State and Zip Code | MA 02143 |
| Telephone Number | 6177645181 |
| E-mail Address | nicholas_ritrovato@yahoo.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Eastern Bank (Century Bank) |
| ~~Job or Title (if known)~~ | Attention Branch Manager |
| Street Address | 647 Massachusetts Ave |
| City and County | Cambridge, Middlesex |
| State and Zip Code | MA 02139 |
| Telephone Number | 617-689-1794 |
| E-mail Address (if known) | |

Defendant No. 2

*Line 1* Name — John Aloise under an assumed identity
*Line 2* ~~Job or Title (if known)~~ NAME Cont... — of Michael J. Ritrovato a.k.a. Gordon DiMarzo

| | |
|---|---|
| Street Address | 9 Wesley Park |
| City and County | Somerville, Middlesex |
| State and Zip Code | MA 02143 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question       [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Commerce Clause of the Constitution of the United States of America in the use of the bank's systems and thereby the means and instrumentalities of interstate commerce.
Tort Law - Strict Liability of Century Bank and successor Eastern Bank in employee collusion with considerations to commit a violation of 18 U.S. Code § 1344 - Bank fraud which injured Mr. Ritrovato in the taking of irrevocable gifts which are in fact his property

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

  b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

 3. The Amount in Controversy

  The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

John Aloise injured Mr. Ritrovato committing bank fraud under an assumed name and in an account he assumed control over. Defendant wrongfully intercepted checks and fraudulently used them for their own benefit in collusion with bank employees for consideration(s). Checks and check proceeds are in fact irrevocable gifts made payable Mr. Ritrovato. Defendant deposited checks on or about 7/25/2019 exceeding $6,000,000.00 in an account of an assumed identity at Century Bank (Eastern Bank). Checks deposited were intercepted at home of and payable to another party, Nicholas A. Ritrovato III. Defendant conspired with the bank to present the checks for payment multiple times in an account he assumed control over in an effort enrich himself at plaintiff's expense.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

July 25, 2019 and thereafter defendants deposited check proceeds exceeding $6,000,000.00 in an account of an assumed identity at Century Bank (Eastern Bank). Checks deposited were intercepted at home from and payable to another party, Nicholas A. Ritrovato III. Offense included crossing payees name out and putting the assumed identity name and/or signing the checks instead of the payee. Defendant has enriched himself at Mr. Ritrovato's expense advertising for bereavements to Mr. Ritrovato's friends, family and associates and taking checks payable to him which are irrevocable gifts and are the property of Mr. Ritrovato.

(1) Seeking $18,000,000.00 in relief on account of multiple presentments, damage to Mr. Ritrovato's relationships with family and friends and exemplary relief as well as interest on deposited checks.

(2) Seeking a cease and desist order, ordering John Aloise cease and desist using identity of Michael J. Ritrovato who is no longer alive and cease and desist his use of any bank accounts in that name and ordering discontinued use of the Social Security Number associated with that name and with the name of Gordon DiMarzo.

Order the surrender of all bank accounts in the name of Michael J. Ritrovato of 9 Wesley Park, Somerville, MA 02143 at Eastern Bank to Nicholas A. Ritrovato, III.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/03/2023

Signature of Plaintiff: /s/ Nicholas A. Ritrovato, III
Printed Name of Plaintiff: Nicholas A. Ritrovato, III

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney: Nicholas A. Ritrovato, III pro se
Bar Number:
Name of Law Firm: pro se
Street Address: 9 Wesley Park
State and Zip Code: MA 02143
Telephone Number: 617-767-2056
E-mail Address: nicholas_ritrovato@yahoo.com